B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

### Northern District of Indiana

In re  Laura Suzanne Ignas                    ,          Case No.  17-22965-jra

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| U.S. Bank Trust National Association, as Trustee of the Tiki Series III Trust | U.S. Bank Trust National Association, as Trustee of the Chalet Series III Trust |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
  c/o SN Servicing Corp.
  323 5th Street
  Eureka, CA 95501

Phone:  800-603-0836
Last Four Digits of Acct #:        3219

Court Claim # (if known): ____13-1____
Amount of Claim: ____$77,453.38____
Date Claim Filed: ____02/12/2018____

Phone: _____
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #:_____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Molly Slutsky Simons                    Date:  12/31/2018
        Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.